```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                   :
                                            :       20-CR-318 (VEC)
         -against-                          :
                                            :       ORDER
MARCOS LIMON ALVARADO,                      :
                                            :
                           Defendant.       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS an arraignment was held on July 6, 2020 and Defendant entered a plea of not guilty;

IT IS HEREBY ORDERED THAT:

1. The Government must produce all discovery by **July 20, 2020**.

2. A status conference will be held on **September 9, 2020 at 2:00 p.m**. At that point, the Court will set a motions schedule and a trial date.

3. In light of the COVID-19 pandemic, the period of time between July 6, 2020 and September 9, 2020, is excluded under the Speedy Trial Act. The Court finds that the ends of justice outweigh the Defendant's and the public's interests in a speedy trial.

**SO ORDERED.**

**Dated: July 6, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**