UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARCOS LIMON ALVARADO,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2020

**ORDER**

**20 Cr. 318 (VEC)**

Upon the application of the United States, by and through Assistant United States Attorney Jacob R. Fiddelman, and with the consent of Marcos Limon Alvarado, the defendant, by and through Counsel, his counsel, it is hereby

ORDERED that this matter is adjourned to **October 15, 2020** at **11:00 a.m.**, and that the time between the date of this Order and the adjourn date is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interests of justice. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance is designed to ensure the effective representation of counsel in the face of difficulties posed by the COVID-19 pandemic, to permit the parties to continue their ongoing discussions regarding a potential pretrial resolution of this matter, and to reflect the temporary suspension of jury trials in this District in light of the COVID-19 pandemic.

SO ORDERED.

Dated: New York, New York
August 27, 2020

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE