USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                   :
                                           :      20-CR-318 (VEC)
      -against-                         :
                                           :      ORDER
MARCOS LIMON ALVARADO,                     :
                                           :
                                     Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Defendant's sentencing is scheduled for January 28, 2021;

    IT IS HEREBY ORDERED THAT: Due to the COVID-19 pandemic, Defendant's sentencing is adjourned to **March 18, 2021 at 2:00 p.m.**  Sentencing submissions are due by **March 4, 2021.**  The Court would like to conduct the resentencing in-person and is hopeful that it will be safe to do so without undue risk to the participants by mid-March.

**SO ORDERED.**

**Dated: January 11, 2021**
      **New York, NY**

                                                      _____
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**