**COHEN FRANKEL & RUGGIERO LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

**MEMO ENDORSED**

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

March 4, 2021

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021

Re: *United States v. Marcos Limon Alvarado*
20 Cr. 318 (VEC)

Dear Judge Caproni:

Please recall that I represent Mr. Marcos Limon Alvarado in the above-referenced matter. Today, I was alerted by ECF that Your Honor had received and docketed (entry number 21) a letter that the Court has designated as the defendant's own sentencing letter dated December 20, 2020. I first became aware of the existence of this letter on January 4, 2021, when A.U.S.A. Jacob Fiddelman provided me a copy of it in an email. I was confused by who had sent the document to the Government, but was uncertain of whether it had been forwarded to the Court. Thereafter, I contacted Mr. Limon Alvarado, and he explained that he asked his friend to collect materials in support of sentencing from his family and friends for our review prior to submission to Your Honor. Mr. Limon Alvarado advised that he too was unaware of the letter and asked me to make the instant application. I communicated this information to A.U.S.A. Fiddelman at that time. Subsequently, on January 25, 2021, I submitted Mr. Limon Alvarado's sentencing memorandum on his behalf, and at sentencing, he intends to address the Court on his own behalf. Because Mr. Limon Alvarado did not wish for these materials to be received by the Court without us first reviewing them, and because we have already submitted our sentencing letter on Mr. Limon Alvarado's behalf, it is respectfully requested that this sentencing letter be disregarded by Your Honor and withdrawn, and that it be stricken from the docket. I have spoken with A.U.S.A. Fiddelman, who has no objection to this request.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

Cc: A.U.S.A. Jacob Fiddelman (via ECF)
    Mr. Marcos Limon Alvarado (via inmate mail)

Application GRANTED.  The submission will be removed from the docket.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE

3/4/2021