USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | 20-CR-318 (VEC) |
| MARCOS LIMON ALVARADO, | ORDER |
| Defendant. | |

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for March 18, 2021 at 2:00 p.m.;

IT IS HEREBY ORDERED THAT: The sentencing will occur **in person** in Courtroom 443. The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted.

Members of the public may attend the sentencing by dialing 888-363-4749, using the access code 3121171, and the security code 0318.

**SO ORDERED.**

**Dated: March 5, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**