```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA                 :
                                           :            20-CR-318 (VEC)
              -against-                    :
                                           :            ORDER
  MARCOS LIMON ALVARADO,                   :
                                           :
                          Defendant.       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing was scheduled for March 18, 2021;

IT IS HEREBY ORDERED THAT: The sentencing is adjourned to **March 30, 2021 at 3:00 p.m.** The sentencing will occur **in person** in Courtroom 443. The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted.

Members of the public may attend the sentencing by dialing 888-363-4749, using the access code 3121171, and the security code 0318.

**SO ORDERED.**

**Dated: March 18, 2021**
**     New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**